# UNITED STATES DISTRICT COURT.

HAKEEM .B. PELUMI, :
182 CUMBERLAND ST. APT#: 75, : **Case No.: 61-01-9599**
WOONSOCKET. RI. 02895, :
Plaintiff, :
vs. :
PROGRESSIVE CASUALTY INSURANCE Co. :
MONIQUE LANDRY, IN HER CAPACITY AS :
THE CLAIM REPRESENTATIVE FOR HAKEEM :
PELUMI (The Insured Driver). :
Defendant :

CA 08 84 ML

## INITIAL COMPLAINT

1. Plaintiff, Hkeem Pelumi has a principal place of residence at 182 Cumberland Street, Apartment 75, City of Woonsocket, Providence County, State of Rhode-island.

2. Defendant, PROGRESSIVE CASUALTY INSURANCE COMPANY,With MONIQUE LANDRY as the claim representative for The Plaintiff(Hakeem Pelumi). The claim representative has its principal place of business at 1350, Division Road.Suite 200. County of West Warwick.State of Rhode-Island.

3. The Claim Representative has the control of and is responsible for proper investigation and disbursement of funds arising from accident claims for injuries and damages.

4. Plaintiff, Hakeem Pelumi, brings this complaint under Chapter 27-9.1-4, of the Rhode-Island General Laws, entitled "Unfair Clain Settlement Without Conducting Reasonable Investigation", on his own behalf, for wrongs and damages as a result of an unlawful collision commited upon him by Jamie Coher, State Farm Insured driver on October 18, 2006,on Broad Street in Providence, Rhode-Island.

5. The accident was reported to Providence Police Department through a 911 call immediately my car was hit, and Jamie tried to flee scene of accident

6. As a direct and proximate result of the said Unlawful Collision, Damage to my Property, I have sustained monetary losses, emotional distress, anxiety, depression, humiliation, embarrassment, and loss of self esteem.

7. Plaintiff further seeks General Damages Award in the sum of $25,000.00 , 75,000.00 for Compensatory Damages and Punitive Damages Award in the sum of $675,000.00 for a total of 775,000.00.

8. **WHEREFORE**, Plaintiff, Hakeem Pelumi demands judgment against Defendant, Progressive Casualty Insurance Co, under Chapter 27-9.1-4, of the Rhode-Island General Laws, in Plaintiffs favor for compensation which fairly and reasonably fully compensate Plaintiff for wrongs, injuries, and damages suffered, and such other relief as this court deems just and proper.

Plaintiff demand trial by jury.

Plaintiff,

Hakeem Pelumi

Dated: 3-5-08