UNITED STATES DISTRICT COURT

HAKEEM PELUMI, : Case No.:

Plaintiff, : 08-84

vs.

MONIQUE LANDRY, In her capacity as the Claim Representative of Progressive Insurance Company for the Plaintiff, Hakeem Pelumi :

Defendant

AMENDED COMPLAINT

1. Plaintiff, Hakeem Pelumi has his principal place of residence at 182 Cumberland Street, Apartment 75, City of Woonsocket, Providence County, and State of Rhode-Island.
2. Defendant, Monique Landry is the duly elected Claim Representative of Progressive Insurance company for the Plaintiff. The office of the Claim Representative of Progressive Insurance has its principal place of business located at 1350 division Road, suite 200, City of West Warwick, State of Rhode-Island. The Claim Representative has control of and is responsible for investigation and payments of accident claims.
3. Plaintiff, Hakeem Pelumi, brings this complaint under Chapter 27-9.1- 4 of the Rhode-Island General Laws entitled," Unfair Claim Settlement", R.I.G.L. 27-9.6 entitled, "Refusing to pay claims without conducting a reasonable investigation. R.I.G.L 27-9.12 entitled, failing in the case of claims denials or offers of compromise settlement to promptly provide a reasonable and

accurate explanation of the basis of those action, Rhode-Island Constitution Article 1 Section 5 entitled "Entitlement to remedies for injuries and wrongs-Right to justice.

4. In October of 2006, the accident was reported to the Providence Police Department.
5. As a direct and proximate result of the said unlawful collision upon Plaintiff, Hakeem Pelumi, he has sustained monetary loss, emotional, distress, anxiety, depression, humiliation, embarrassment, and loss of self-esteem.
6. Plaintiff further seek General Damages Award in the sum of $15,000.00 for injury, $35,000.00 for Compensatory Damages Award, and $50,000.00 For Punitive Damages Award for a total of $100,000.00

WHEREFORE, Plaintiff, Hakeem Pelumi demands judgment against Gordon Hepworth, in his capacity as the Claim Representative of State Farm Insurance Company, under Chapter 27-9.1-4, and Chapter 27-9.12 of the Rhode-Island General Laws, in Plaintiffs favor for compensation which fairly and reasonably fully compensate Plaintiff for damages suffered, and such other relief as this court deems just and proper.

Plaintiff demands a trial by jury.

Plaintiff,

Hakeem Pelumi

3/7/08

Dated this 26th day of February, 2008.