**UNITED STATES DISTRICT COURT OF RHODE ISLAND.**

**HAKEEM .B. PELUMI,**
**182 CUMBERLAND ST. APT#: 75,**
**WOONSOCKET. RI. 02895,**
**Plaintiff,**
**vs.**
STATE OF R.I et al.

**Case No.: C.A 08-84 ML**
**C.A-08-85 ML**
**C.A. 08-86 ML**
**C.A. 06-87 ML**
**C.A. 08-105**
**C.A. 08-106**
**C.A. 08-107**

**REQUEST OF SERVICE BY U.S MARSHALL**

**Honorable Judge Licoln Almond.**

**Sir,**

The above named cases haven been granted IFP status, Plaintiff hereby humbly request the court ordered the process be served upon the defendants by the UNITED STATES MARSHALL.

Thank you

**By Plaintiff,**

**Hakeem Pelumi**
**182 Cumberland St. Apt: 75**
**Woonsocket. R.I 02895.**

**Dated:** 4/21/08.